UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEROME RIVERS,

                      Plaintiff,                    JUDGMENT
                                                       19-cv-1636 (BMC) (SMG)

   -against-

CITY OF NEW YORK and TYLER
MARSHALL,

                      Defendants.
------------------------------------------------------------ X

       A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on December 4, 2019, granting Defendant's motion for summary judgment; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal*, Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                                                  Douglas C. Palmer
       December 5, 2019                                        Clerk of Court

                                                   By:    /s/*Jalitza Poveda*
                                                                Deputy Clerk